**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7793**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY J. BUDD,

Defendant - Appellant.

_____

**No. 02-7813**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY J. BUDD,

Defendant - Appellant.

_____

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CR-
73-598-M, CR-73-644-M, CA-02-1948-DKC, CA-02-1949-DKC)

_____

Submitted: March 20, 2003          Decided: March 25, 2003

_____

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Larry J. Budd, Appellant Pro Se. Daphene Rose McFerren, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Larry J. Budd seeks to appeal the district court's orders denying relief on his motions filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2255 motion solely on procedural grounds, a certificate of appealability will not issue unless the movant can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F.3d 676, 684 (4th Cir.) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)), cert. denied, 534 U.S. 941 (2001). We have independently reviewed the record and conclude that Budd has not made the requisite showing. See Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659, *10 (U.S. Feb. 25, 2003) (No. 01-7662). We deny a certificate of appealability and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3